IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HUANG ZHIYANG, <br><br> *Plaintiff,* <br><br> v. <br><br> 45.COM, *an Internet domain name, and* JOHN DOE, <br><br> *Defendants.* | Case No. 1:20-cv-00836 <br> Hon. Liam O'Grady |

## AMENDED ORDER

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge Ivan D. Davis on January 13, 2021. Dkt. 12. Pursuant to Fed. R. Civ. P 72(b), the deadline for submitting any objections to the Report and Recommendation was January 27, 2021. No objections were filed.

Having reviewed the record and the Report and Recommendation, the Court hereby **APPROVES** and **ADOPTS** the Recommendation set forth therein. Accordingly, the Plaintiff's Motion for Default Judgment Against Defendants 45.com ("Defendant Domain Name") and John Doe, Dkt. 8, is hereby **GRANTED**.

The Court declares the Plaintiff the lawful owner of the 45.com domain name and directs VeriSign, Inc. to transfer the Defendant Domain Name to Plaintiff's registrar of choice, GoDaddy.com LLC, and further directs GoDaddy.com LLC to transfer ownership of the Defendant Domain Name to Mr. Zhiyang.

1

It is further **ORDERED** that the remaining counts against John Doe are hereby **DISMISSED WITHOUT PREJUDICE.**

It is **SO ORDERED.**

March 12, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge