# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| HUANG ZHIYANG, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:20-cv-836-LO-IDD |
| 45.COM, an Internet domain name, and JOHN DOE | § § § | |
| Defendants. | § § § | |

## MOTION TO REOPEN, TO INTERVENE, AND FOR RELIEF FROM FINAL JUDGMENT ORDER

Zhiyang Huang ("Huang"), by counsel, pursuant to Federal Rules of Civil Procedure 24 and 60(b), hereby respectfully moves this Court to reopen the above-entitled case, to allow him to intervene in this civil action, and to grant relief from the final judgment order [Dkt. 14] by setting aside the judgment in this case for the reasons state in his Memorandum in Support filed contemporaneously with this motion and incorporated herein by reference.

Respectfully Submitted,

Dated: April 27, 2021         /s *Marla J. Diaz*
Marla J. Diaz (VSB #46799)
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
703-280-9131
703-280-9139 facsimile
mdiaz@wtplaw.com

Hsiwen Lo (*To be admitted pro hac vice*)
55 Calle Cabrillo
Foothill Ranch, CA 92610
626-376-6155
hsiwen@lolegal.cc

Hsin-Tung Lee (*To be admitted pro hac vice*)
7545 Irvine Center Drive, Ste 200
Irvine, CA 92618-2933
949-988-0533
isabelle@isaleelaw.com

*Attorneys for Zhiyang Huang*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served through the Court's electronic filing and service system this 27th day of April, 2021 to counsel of record.

        /s/ Marla J. Diaz
        Marla J. Diaz (VSB #46799)
        Whiteford, Taylor & Preston, LLP
        3190 Fairview Park Drive, Suite 800
        Falls Church, VA 22042
        703-280-9131
        703-280-9139 facsimile
        mdiaz@wtplaw.com