# HLO 01

Home > Whois History > 864.so

# Whois History for 864.so

How does this work? »

**Lookup Domain Ownership History**

864.so

**LOOKUP**

Enter a term to filter on

## Unique Records

👁‍🗨 *private*

*38 historical records found*

show additional records up to 2018-05-08

| | |
|---|---|
| 2017-08-14 | *more* \| *screenshot* |
| 2017-04-14 | *more* \| *screenshot* |

**2016**  5 total

show additional records up to 2017-04-14

| | |
|---|---|
| 2016-07-04 | *more* \| *screenshot* |
| 2016-06-20 | *more* \| *screenshot* |
| 2016-02-29 | *more* \| *screenshot* |

**2015**  5 total

|  |  |  |
|---|---|---|
| 2015-11-14 | more \| screenshot | |
| 2015-05-06 | more \| screenshot | |
| 2015-05-04 | more \| screenshot | |
| 2015-03-17 | more \| screenshot | |
| **2014** | | **3 total** |
| 2014-12-28 | more \| screenshot | |
| 2014-11-07 | more \| screenshot | |
| 2014-11-03 | more \| screenshot | |
| **2013** | | **2 total** |
| 2013-04-01 | more \| screenshot | |
| 2013-01-23 | more \| screenshot | |
| **2012** | | **5 total** |
| 2012-11-03 | more \| screenshot | |
| 2012-08-26 | more \| screenshot | |

*scroll for more records*

## Whois Record for 2018-10-08

« Previous (2018-08-23)                                    Next (2019-01-13) »

**Domain:**

**Record Date:**  2018-10-08
**Registrar:**
**Server:**       whois.nic.so
**Created:**
**Updated:**
**Expires:**
**Reverse Whois:**

```
Whois Results for "864.so".

Domain Name: 864.so
Creation Date: 2014-10-10T00:00:00.0Z
Last Updated On: 2018-09-19T19:26:17.0Z
Expiration Date: 2019-10-10T23:59:59.0Z
Sponsoring Registrar: 1API GmbH
Status: clientTransferProhibited
Status: clientDeleteProhibited
Status: clientUpdateProhibited
Status: serverTransferProhibited
Registry Registrant ID: cr340194354-wvwz
Registrant Internationalized Name: Zhangliang Xu
Registrant Internationalized Organization:
Registrant Internationalized Street: No. 361, Niuzhuang Village, Linqi Town,
Registrant Internationalized City: Linzhou
Registrant Internationalized State: Henan
Registrant Internationalized Postal Code: 456550
Registrant Internationalized Country: CN
Registrant Voice Number: +1.7247690995
Registrant Fax Number:
Registrant Email: whoisprotecte@gmail.com
Registry Admin ID: cr340194356-pwqz
Admin Internationalized Name: Zhangliang Xu
Admin Internationalized Organization:
Admin Internationalized Street: No. 361, Niuzhuang Village, Linqi Town,
Admin Internationalized City: Linzhou
Admin Internationalized State: Henan
Admin Internationalized Postal Code: 456550
Admin Internationalized Country: CN
Admin Voice Number: +1.7247690995
Admin Fax Number:
Admin Email: whoisprotecte@gmail.com
Registry Billing ID: cr340194357-snfn
Billing Internationalized Name: Zhangliang Xu
Billing Internationalized Organization:
Billing Internationalized Street: No. 361, Niuzhuang Village, Linqi Town,
Billing Internationalized City: Linzhou
Billing Internationalized State: Henan
Billing Internationalized Postal Code: 456550
Billing Internationalized Country: CN
Billing Voice Number: +1.7247690995
Billing Fax Number:
Billing Email: whoisprotecte@gmail.com
Registry Tech ID: cr340194355-mzgl
Tech Internationalized Name: Zhangliang Xu
Tech Internationalized Organization:
Tech Internationalized Street: No. 361, Niuzhuang Village, Linqi Town,
Tech Internationalized City: Linzhou
Tech Internationalized State: Henan
Tech Internationalized Postal Code: 456550
Tech Internationalized Country: CN
Tech Voice Number: +1.7247690995
Tech Fax Number:
Tech Email: whoisprotecte@gmail.com
Name Server: f1g1ns1.dnspod.net
Name Server: f1g1ns2.dnspod.net

Access to WHOIS information is provided to assist persons in determining
the contents of a domain name registration record in the registry database.
The data in this record is provided for informational purposes only without
any accuracy guarantee.
```

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2021 DomainTools