# HLO 02

Home  >  Whois History  >  864bet.com

# Whois History for 864bet.com

How does this work? »

**Lookup Domain Ownership History**

864bet.com

**LOOKUP**

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "**864bet.com**".

Enter a term to filter on

## Unique Records

👁 *private*

*31 historical records found*

> **2018-11-15**          *more | screenshot*

  **2018-08-12**          *more | screenshot*

  **2018-04-28**          *more | screenshot*

  **2018-01-31**          *more | screenshot*

| 2017 | 4 total |
|---|---|

  2017-11-01           *more | screenshot*

| | | |
|---|---|---|
| 2017-08-02 | *more* \| *screenshot* | |
| 2017-07-24 | *more* \| *screenshot* | |
| 2017-04-02 | *more* \| *screenshot* | |
| **2016** | | **4 total** |
| 2016-11-25 | *more* \| *screenshot* | |
| 2016-06-19 | *more* \| *screenshot* | |
| 2016-05-20 | *more* \| *screenshot* | |
| 2016-01-29 | *more* \| *screenshot* | |
| **2015** | | **5 total** |
| 2015-10-14 | *more* \| *screenshot* | |
| 2015-08-04 | *more* \| *screenshot* | |
| 2015-05-05 | *more* \| *screenshot* | |
| 2015-05-03 | *more* \| *screenshot* | |
| 2015-03-16 | *more* \| *screenshot* | |
| **2014** | | **2 total** |
| 2014-12-27 | *more* \| *screenshot* | |
| 2014-12-26 | *more* \| *screenshot* | |

*scroll for more records*  ↕

## Whois Record for 2018-11-15

« Previous (2018-08-12)                                     Next (2019-02-04) »

**Domain:**

**Record Date:**   2018-11-15
**Registrar:**     DYNADOT, LLC
**Server:**        whois.dynadot.com
**Created:**       2014-12-26
**Updated:**       2018-08-30
**Expires:**       2019-12-26
**Reverse Whois:**

```
Domain Name: 864BET.COM
Registry Domain ID: 1892477825_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.dynadot.com
Registrar URL: http://www.dynadot.com
Updated Date: 2018-08-30T09:19:11.0Z
Creation Date: 2014-12-26T11:41:04.0Z
Registrar Registration Expiration Date: 2019-12-26T11:41:04.0Z
Registrar: DYNADOT LLC
Registrar IANA ID: 472
Registrar Abuse Contact Email: abuse@dynadot.com
Registrar Abuse Contact Phone: +1.6502620100
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Zhangliang Xu
Registrant Street: No. 361, Niuzhuang Village, Linqi Town
Registrant City: Linzhou
Registrant State/Province: Henan
Registrant Postal Code: 456550
Registrant Country: CN
Registrant Phone: +1.7247690995
Registrant Email: whoisprotecte@gmail.com
Registry Admin ID:
Admin Name: Zhangliang Xu
Admin Street: No. 361, Niuzhuang Village, Linqi Town
Admin City: Linzhou
Admin State/Province: Henan
Admin Postal Code: 456550
Admin Country: CN
Admin Phone: +1.7247690995
Admin Email: whoisprotecte@gmail.com
Registry Tech ID:
Tech Name: Zhangliang Xu
Tech Street: No. 361, Niuzhuang Village, Linqi Town
Tech City: Linzhou
Tech State/Province: Henan
Tech Postal Code: 456550
Tech Country: CN
Tech Phone: +1.7247690995
Tech Email: whoisprotecte@gmail.com
Name Server: f1g1ns1.dnspod.net
Name Server: f1g1ns2.dnspod.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```