# HLO 03

Home >   Whois History >   864vip.com

## Whois History for 864vip.com

How does this work? »

### Lookup Domain Ownership History

864vip.com

**LOOKUP**

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "**864vip.com**".

Enter a term to filter on

## Unique Records

👁 *private*

*30 historical records found*

| 2018 | | 4 total |
|---|---|---|
| › **2018-11-10** | *more* \| *screenshot* | |
| **2018-08-07** | *more* \| *screenshot* | |
| **2018-04-23** | *more* \| *screenshot* | |
| **2018-01-26** | *more* \| *screenshot* | |
| **2017** | | **3 total** |

|  |  | 5 total |
| --- | --- | --- |
| 2017-10-26 | more \| screenshot | |
| 2017-07-26 | more \| screenshot | |
| 2017-04-05 | more \| screenshot | |
| **2016** | | **4 total** |
| 2016-11-29 | more \| screenshot | |
| 2016-06-19 | more \| screenshot | |
| 2016-05-20 | more \| screenshot | |
| 2016-01-29 | more \| screenshot | |
| **2015** | | **5 total** |
| 2015-10-14 | more \| screenshot | |
| 2015-08-04 | more \| screenshot | |
| 2015-05-05 | more \| screenshot | |
| 2015-05-04 | more \| screenshot | |
| 2015-03-16 | more \| screenshot | |
| **2014** | | **2 total** |
| 2014-12-27 | more \| screenshot | |
| 2014-12-26 | more \| screenshot | |

scroll for more records ↕

## Whois Record for 2018-11-10

« Previous (2018-08-07)                                        Next (2019-02-01) »

**Domain:**

**Record Date:**  2018-11-10
**Registrar:**    DYNADOT, LLC
**Server:**       whois.dynadot.com
**Created:**      2014-12-26
**Updated:**      2018-08-30
**Expires:**      2019-12-26
**Reverse Whois:**

```
Domain Name: 864VIP.COM
Registry Domain ID: 1892477827_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.dynadot.com
Registrar URL: http://www.dynadot.com
Updated Date: 2018-08-30T09:19:11.0Z
Creation Date: 2014-12-26T11:41:04.0Z
Registrar Registration Expiration Date: 2019-12-26T11:41:04.0Z
Registrar: DYNADOT LLC
Registrar IANA ID: 472
Registrar Abuse Contact Email: abuse@dynadot.com
Registrar Abuse Contact Phone: +1.6502620100
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Zhangliang Xu
Registrant Street: No. 361, Niuzhuang Village, Linqi Town
Registrant City: Linzhou
Registrant State/Province: Henan
Registrant Postal Code: 456550
Registrant Country: CN
Registrant Phone: +1.7247690995
Registrant Email: whoisprotecte@gmail.com
Registry Admin ID:
Admin Name: Zhangliang Xu
Admin Street: No. 361, Niuzhuang Village, Linqi Town
Admin City: Linzhou
Admin State/Province: Henan
Admin Postal Code: 456550
Admin Country: CN
Admin Phone: +1.7247690995
Admin Email: whoisprotecte@gmail.com
Registry Tech ID:
Tech Name: Zhangliang Xu
Tech Street: No. 361, Niuzhuang Village, Linqi Town
Tech City: Linzhou
Tech State/Province: Henan
Tech Postal Code: 456550
Tech Country: CN
Tech Phone: +1.7247690995
Tech Email: whoisprotecte@gmail.com
Name Server: f1g1ns1.dnspod.net
Name Server: f1g1ns2.dnspod.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```