# HLO 04

Home > Whois History > 864864.com

# Whois History for 864864.com

How does this work?

### Lookup Domain Ownership History

864864.com

**LOOKUP**

ONE-CLICK MONITORING
Create a Domain Monitor to monitor future changes to "864864.com".

Enter a term to filter on

## Unique Records

*private*

*75 historical records found*

| 2017-08-02 | more \| screenshot |
| 2017-07-23 | more \| screenshot |
| 2017-04-02 | more \| screenshot |
| **2016** | **4 total** |
| 2016-11-25 | more \| screenshot |
| 2016-06-19 | more \| screenshot |

| | | |
|---|---|---|
| 2016-05-23 | *more* \| *screenshot* | |
| 2016-01-29 | *more* \| *screenshot* | |

**2015**            6 total

| | | |
|---|---|---|
| 2015-10-14 | *more* \| *screenshot* | |
| 2015-08-04 | *more* \| *screenshot* | |
| 2015-05-05 | *more* \| *screenshot* | |
| 2015-05-03 | *more* \| *screenshot* | |
| 2015-04-21 | *more* \| *screenshot* | |
| 2015-03-16 | *more* \| *screenshot* | |

**2014**            6 total

| | | |
|---|---|---|
| 2014-12-27 | more \| *screenshot* | |
| 2014-09-12 | *more* \| *screenshot* | |
| 2014-07-06 | more \| *screenshot* | |
| 2014-02-20 | more \| *screenshot* | |

**2013**            7 total

show additional records up to 2014-02-20

| | | |
|---|---|---|
| 2013-08-11 | *more* \| *screenshot* | |

*scroll for more records* ↕

---

## Whois Record for 2018-10-17

« Previous (2018-07-10)            Next (2019-01-22) »

**Domain:**

[ ]

| | |
|---|---|
| **Record Date:** | 2018-10-17 |
| **Registrar:** | DYNADOT, LLC |
| **Server:** | whois.dynadot.com |
| **Created:** | 2012-08-09 |
| **Updated:** | 2018-09-01 |
| **Expires:** | 2019-08-09 |

**Reverse Whois:**

```
Domain Name: 864864.COM
Registry Domain ID: 1738065874_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.dynadot.com
Registrar URL: http://www.dynadot.com
Updated Date: 2018-09-01T06:50:00.0Z
Creation Date: 2012-08-09T18:37:41.0Z
Registrar Registration Expiration Date: 2019-08-09T18:37:41.0Z
Registrar: DYNADOT LLC
Registrar IANA ID: 472
Registrar Abuse Contact Email: abuse@dynadot.com
Registrar Abuse Contact Phone: +1.6502620100
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Zhangliang Xu
Registrant Street: No. 361, Niuzhuang Village, Linqi Town
Registrant City: Linzhou
Registrant State/Province: Henan
Registrant Postal Code: 456550
Registrant Country: CN
Registrant Phone: +1.7247690995
Registrant Email: whoisprotecte@gmail.com
Registry Admin ID:
Admin Name: Zhangliang Xu
Admin Street: No. 361, Niuzhuang Village, Linqi Town
Admin City: Linzhou
Admin State/Province: Henan
Admin Postal Code: 456550
Admin Country: CN
Admin Phone: +1.7247690995
Admin Email: whoisprotecte@gmail.com
Registry Tech ID:
Tech Name: Zhangliang Xu
Tech Street: No. 361, Niuzhuang Village, Linqi Town
Tech City: Linzhou
Tech State/Province: Henan
Tech Postal Code: 456550
Tech Country: CN
Tech Phone: +1.7247690995
Tech Email: whoisprotecte@gmail.com
Name Server: f1g1ns1.dnspod.net
Name Server: f1g1ns2.dnspod.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```