# HLO 05

Home  >   Whois History  >   Mynew864.com

# Whois History for Mynew864.com

How does this work? »

### Lookup Domain Ownership History

mynew864.com

**LOOKUP**

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "**mynew864.com**".

Enter a term to filter on

## Unique Records

👁 private

*18 historical records found*

| 2020 | | 5 total |
|---|---|---|
| 2020-08-28 | *more* \| *screenshot* | |
| 2020-08-25 | *more* \| *screenshot* | |
| 2020-07-31 | *more* \| *screenshot* | |
| 2020-05-01 | *more* \| *screenshot* | |

| 2020-01-27 | *more* | *screenshot* |

| 2019 | | 4 total |
|---|---|---|
| 2019-10-27 | *more* | *screenshot* |
| 2019-07-27 | *more* | *screenshot* |
| 2019-05-03 | *more* | *screenshot* |
| 2019-02-02 | *more* | *screenshot* |

| 2018 | | 7 total |
|---|---|---|
| > 2018-12-07 | *more* | *screenshot* |
| 2018-09-01 | *more* | *screenshot* |
| 2018-08-31 | *more* | *screenshot* |
| 2018-08-24 | *more* | *screenshot* |
| 2018-08-21 | *more* | *screenshot* |
| 2018-05-18 | *more* | *screenshot* |
| 2018-02-18 | *more* | *screenshot* |

| 2017 | | 2 total |
|---|---|---|
| 2017-11-20 | *more* | *screenshot* |
| 2017-08-22 | *more* | *screenshot* |

## Whois Record for 2018-12-07

« Previous (2018-09-01)                                    Next (2019-02-02) »

**Domain:**

**Record Date:** 2018-12-07
**Registrar:** DYNADOT, LLC
**Server:** whois.dynadot.com
**Created:** 2017-08-23
**Updated:** 2018-08-30
**Expires:** 2019-08-23
**Reverse Whois:**

```
Domain Name: MYNEW864.COM
Registry Domain ID: 2156046841_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.dynadot.com
Registrar URL: http://www.dynadot.com
Updated Date: 2018-08-30T09:19:11.0Z
Creation Date: 2017-08-23T00:25:47.0Z
Registrar Registration Expiration Date: 2019-08-23T00:25:47.0Z
Registrar: DYNADOT LLC
Registrar IANA ID: 472
Registrar Abuse Contact Email: abuse@dynadot.com
Registrar Abuse Contact Phone: +1.6502620100
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Zhangliang Xu
Registrant Street: No. 361, Niuzhuang Village, Linqi Town
Registrant City: Linzhou
Registrant State/Province: Henan
Registrant Postal Code: 456550
Registrant Country: CN
Registrant Phone: +1.7247690995
Registrant Email: whoisprotecte@gmail.com
Registry Admin ID:
Admin Name: Zhangliang Xu
Admin Street: No. 361, Niuzhuang Village, Linqi Town
Admin City: Linzhou
Admin State/Province: Henan
Admin Postal Code: 456550
Admin Country: CN
Admin Phone: +1.7247690995
Admin Email: whoisprotecte@gmail.com
Registry Tech ID:
Tech Name: Zhangliang Xu
Tech Street: No. 361, Niuzhuang Village, Linqi Town
Tech City: Linzhou
Tech State/Province: Henan
Tech Postal Code: 456550
Tech Country: CN
Tech Phone: +1.7247690995
Tech Email: whoisprotecte@gmail.com
Name Server: f1g1ns1.dnspod.net
Name Server: f1g1ns2.dnspod.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```