**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria, Virginia**

| | |
|---|---|
| HUANG ZHIYANG,<br><br>      Plaintiff,<br><br>v.<br><br>45.COM, an Internet domain name, and<br>JOHN DOE,<br><br>      Defendants. | Civil Action 1:20-cv-836-LO-IDD |

## <u>MOTION FOR WITHDRAWAL AS COUNSEL FOR PLAINTIFF</u>

Attison L. Barnes, III, and the law firm of Wiley Rein LLP respectfully request leave for the Firm and its attorneys to withdraw as counsel for Plaintiff in the above-styled action.

This Motion is based on facts that are set forth more fully in the Supporting Memorandum, filed contemporaneously herewith.

WHEREFORE, Wiley Rein LLP respectfully requests that the Court enter an Order granting Wiley Rein LLP and all attorneys associated with Wiley Rein LLP leave to withdraw as counsel for Plaintiff in this matter. **While undersigned counsel has no authority from Plaintiff at this time, Wiley Rein LLP suggests that the Court enter a modest continuance of the evidentiary hearing scheduled for June 21, 2021 to provide Plaintiff time to engage new counsel and/or to familiarize himself with the Court's rules and procedures for pro se parties**.

Dated: June 4, 2021          By:          /s/ Attison L. Barnes, III /s/
                                         Attison L. Barnes, III (VA Bar No. 30458)
                                         WILEY REIN LLP
                                         1776 K St. NW
                                         Washington, DC 20006
                                         (202) 719-7000 (phone)
                                         (202) 719-7049 (fax)
                                         abarnes@wiley.law

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on June 4, 2021, I electronically filed the foregoing by using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Attison L. Barnes, III /s/
Attison L. Barnes, III, Esq. (VA Bar No. 30458)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law