# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| HUANG ZHIYANG,<br><br>    Plaintiff,<br><br>v.<br><br>45.COM, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action 1:20-cv-836-LO-IDD |

## [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL

Upon consideration of Wiley Rein LLP's Motion for Withdrawal of the Appearance of Wiley Rein LLP as Counsel for Plaintiff, it is hereby

ORDERED that said motion shall be, and hereby is, GRANTED, and that Attison L. Barnes, III, and the law firm of Wiley Rein LLP are hereby withdrawn as counsel for Plaintiff in this matter, and it is further

ORDERED that all future notice and service shall be effective upon Plaintiff if emailed to whoisprotecte@gmail.com.

Entered this _____ day of June, 2021.

_____