IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HUANG ZHIYANG,<br><br>    Plaintiff,<br><br>v.<br><br>45.COM, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action 1:20-cv-836-LO-IDD |

### ORDER

This MATTER is before the Court *sua sponte* on Plaintiff Huang Zhiyang's Email to the Clerk's Office dated September 9, 2021 ("Email Request"), which the Court interprets as Plaintiff's response to the Show Cause Order issued on July 8, 2021. [Dkt. No. 33]. This Court has made numerous attempts to afford Plaintiff the opportunity to prove his identity as the real Huang Zhiyang and the rightful owner of the domain name 45.com. Specifically, the Court conducted an evidentiary hearing on July 22, 2021. [Dkt. No. 40]. Despite this Court's numerous attempts to accommodate him, Plaintiff did not appear at the evidentiary hearing, nor has he complied with this Court's July 8, 2021 Order requiring him to submit evidence he would use to prove his identity and provide additional explanation as to why he was unable to participate in the evidentiary hearing by video.

Upon consideration of the circumstances and evidence presented at the evidentiary hearing, this Court granted non-party Huang Zhiyang's Motion to Intervene and determined him to be the rightful owner of the domain name 45.com. [Dkt. No. 45]. The Court issued a Report and Recommendation on August 20, 2021 [Dkt. No. 46], recommending Huang Zhiyang, the Intervenor,

1

be declared the lawful owner of 45.com and directing ownership of the domain name be transferred to the Intervenor. The Report and Recommendation in this matter is currently pending before the Honorable District Judge Liam O'Grady. Accordingly, it is hereby

**ORDERED** that Plaintiff's Email Request is **DENIED as moot.**

The Clerk is directed to forward a copy of this Order to Plaintiff and to all counsel of record.

Entered : September 14th, 2021

/s/ Ivan D. Davis
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia