IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HUANG ZHIYANG,<br><br>    *Plaintiff*,<br><br>v.<br><br>45.COM, AN INTERNET DOMAIN NAME, AND JOHN DOE,<br><br>    *Defendants.* | Civil Action No. 1:20-cv-00836<br>Hon. Liam O'Grady |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Davis' Report and Recommendation, Dkt. 45, recommending that Huang Zhiyang, the Intervenor, be declared the lawful owner of 45.com, and directing ownership of the domain name to be transferred to the Intervenor.

When reviewing a Magistrate Judge's Report and Recommendation, the Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections, if any, are made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court is authorized to accept, reject or modify, in whole or in part, the recommendations made by the Magistrate Judge. *Id.*

Upon due consideration of the record, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Davis set forth in the Report and Recommendation, Dkt. 45.

It is **SO ORDERED**.

September 21, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge