IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HUANG ZHIYANG, § § § Plaintiff, § § v. § § Civil Action No. 1:20-cv-836-LO-IDD 45.COM, an Internet domain name, and § JOHN DOE § § Defendants. § § | |

HUANG ZHIYANG,

    Plaintiff,

v.

45.COM, an Internet domain name, and
JOHN DOE

    Defendants.

Civil Action No. 1:20-cv-836-LO-IDD

## SUPPLEMENTAL AND FINAL ORDER

THIS MATTER comes before the Court on a Motion for Supplemental and Final Order. Upon considering the papers before the Court and the record, the Court hereby APPROVES and ADOPTS the findings and recommendations by Judge Davis set forth in the Report and Recommendation, Dkt. 46; and

further, it is ADJUDGED, ORDERED, and DECREED, that the Court declares Intervenor Zhiyang Huang ("Mr. Huang") the lawful owner of the 45.com domain name and directs VeriSign, Inc. to transfer the Defendant Domain Name to Intervenor's registrar of choice, GoDaddy.com, and directs GoDaddy.com to transfer ownership of the Defendant Domain Name ("45.com") back to the Intervenor Mr. Huang.

It is SO ORDERED.

November 3, 2021
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge